1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARRIE LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PATRICIA MORENO

7

8               IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:07-mj-0156 DLB
                                       )
12              *Plaintiff,*           )
                                       )   STIPULATION TO CONTINUE STATUS
13     v.                              )   CONFERENCE AND ORDER THEREON
                                       )
14  PATRICIA MORENO,                   )   Date:  September 6, 2007
                                       )   Time:  1:30 p.m.
15              *Defendant.*           )   Dept : Hon. Dennis L. Beck
                                       )
16

17  **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

18  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

19  scheduled for August 29, 2007, **may be continued to September 6, 2007 at 1:30 p.m.**

20      This continuance is sought to allow the Government additional time to provide initial discovery

21  and the defense time to review.

22      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23  justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

24  ///

25  ///

26  ///

27  ///

28  ///

    3161(h)(8)(B)(i) and (iv).

```
                                        McGREGOR M. SCOTT
                                        United States Attorney

DATED  August 28, 2007             By  /s/ Virna L. Santos
                                        VIRNA L. SANTOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  August 28, 2007            By  /s/ Carrie S. Leonetti
                                        CARRIE S. LEONETTI
                                        Assistant Federal Defender
                                        Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated: **August 30, 2007**              **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE